## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Casey Hyde, being duly sworn, depose and state the following:

1. I am a Special Agent with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), assigned to the office of the Special Agent in Charge ("SAC") in New England. I have been a Special Agent since January 2022 and I am assigned to the Child Exploitation and Forensics Group. As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors. My formal law enforcement training includes successfully completing the Criminal Investigator Training Program, the Homeland Security Investigations Special Agent Training, and the Basic Immigration Enforcement Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I also have successfully completed the Uniformed Police Training Program at the Federal Law Enforcement Training Center in Artesia, New Mexico. I have received both formal and on the job training in the investigation of child pornography and have reviewed examples of child pornography as defined in 18 U.S.C. § 2256.

2. Prior to my tenure as a Special Agent, I was employed as a Deportation Officer by Immigration and Customs Enforcement, Enforcement and Removal Operations. I also was employed by the United States Capitol Police as a Police Officer. My education includes a Bachelor of Arts degree in Criminal Justice with a minor in Forensic Science from Saint Anselm College in Manchester, New Hampshire.

3.      This affidavit is submitted in support of an application for a criminal complaint charging Andrew R. Sorrento ("SORRENTO"), year of birth 1988, of Salem, Massachusetts, with a violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) (Distribution of Child Pornography) and a violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography).

4.      The statements contained in this affidavit are based upon my training and experience, personal observations, review of records, and the information provided by other law enforcement officers familiar with this investigation.

4.      Since this affidavit is being submitted for the limited purpose of establishing probable cause to secure a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the requisite probable cause. Additionally, where conversations and statements are related herein, they are set forth in substance and in pertinent part.

## **BACKGROUND**

5.      Based on a lead from HSI Calgary, Canada, HSI New England began investigating the user of a particular phone number for the distribution of child sexual abuse material ("CSAM"). Law enforcement queries and indices identified SORRENTO as the likely user of the phone number. Subsequently, I obtained a federal warrant to search SORRENTO's person and residence for evidence, fruits and instrumentalities of violations of 18 U.S.C. § 2252A. The affidavit submitted in support of those two search warrant applications is attached here as Sealed Exhibit A.

# FEDERAL SEARCH WARRANTS

6. On December 9, 2022, HSI, together with Salem Police, executed the search warrants. SORRENTO was present at the residence when law enforcement arrived. SORRENTO's mother and stepfather were also inside the residence at the time of the search warrant execution. SORRENTO had a cell phone on his person when encountered by agents, which agents seized pursuant to the search warrant. The cell phone is a Samsung SM-A215U.

7. During the execution of the search warrants, agents provided SORRENTO with his *Miranda* warnings verbally and in writing. After SORRENTO acknowledged those warnings and signed a waiver of those rights, he agreed to speak with law enforcement. The interview was audio recorded and occurred in the kitchen and then outside of the residence on a porch. When asked about his electronic devices, SORRENTO stated that he has one cell phone and a tablet. SORRENTO confirmed his cell phone number as xxx-xxx-4816 (the cell phone number identified in the search warrant application related to this case). The investigation confirmed the cell phone is a Samsung SM-A215U and the tablet is a Kindle tablet. When asked about his social media accounts, SORRENTO identified the accounts that he maintained on Facebook Messenger, Snapchat, and WhatsApp.

8. During the interview, SORRENTO stated that he uses Snapchat and WhatsApp to send and receive images and videos containing child pornography. SORRENTO also stated that he has chatted with minors between the ages of 14 and 15 on Snapchat. Additionally, SORRENTO stated that he has instructed these minors to send specific types of content that amount to child pornography.

9. When asked about phone number xxx-xxx-7449, under contact name "Auntie" in his cell phone, SORRENTO stated that he met this person on Snapchat where they exchanged phone

3

numbers. SORRENTO stated that he sent and received child pornography with this person via text message using his cell phone. SORRENTO stated that he is the only user of his cell phone and that it is password protected. SORRENTO acknowledged telling "Auntie" in text messages that he had sexually assaulted a minor female family member and sending "Auntie" sexually explicit videos of a female child being sexually assaulted. SORRENTO stated that he had never actually assaulted the family member but that he enjoyed fantasizing and talking about incest. The investigation revealed that the person in SORRENTO's contact list as "Auntie" is the person referred to as "Person 1" in the attached search warrant affidavit.

10. As stated above, a Samsung SM-A215U cell phone was obtained from SORRENTO. According to the information printed on the back of the phone, the device was manufactured in Vietnam. SORRENTO provided the numeric passcode to access the device, and law enforcement conducted a preliminary forensic examination of the device. A forensic data extraction was attempted at the search warrant scene, but only a partial data extraction was successful. At the conclusion of the search warrant at the residence, the SM-A215U mobile device was brought to the HSI Boston Computer Forensics Laboratory for further analysis.

11. Later in the day on December 9, 2022, a full file system data extraction of the SM-A215U mobile device was successfully completed, and a preliminary forensic analysis of this data extraction was conducted. According to the data extraction information, the phone number 1-xxx-xxx-4816 was assigned to this device. During this examination, approximately 23 images and seven videos depicting Child Sexual Abuse Material (CSAM) were discovered. These files were discovered in various file paths on the file system of the device. One example of CSAM files is described below:

   *File name: 46bf80f2-.3gp*

*File Path: \data\data\com.samsung.android.messaging\cache*

The video file is 48 seconds in length and depicts a nude prepubescent male who appears to be approximately 3 to 5 years old. The prepubescent male is seen laying on his back with his knees up, exposing his penis. The male child is visible from the waist area down. An erect adult penis is seen being inserted into the prepubescent minor's anal area.

12. Searches of the SM-A215U mobile device file system for the telephone number xxx-xxx-7449 revealed a contact stored in the device labeled "Auntie" and a series of four messages sent to this contact[1]. These messages began on November 16, 2022, and ended on November 24, 2022, and it appeared that there were no responses. The messages sent were as follows:

*November 16, 2022 3:32:33 AM (UTC+0): Hey*

*November 16, 2022 3:33:27 AM (UTC+0): You ok*

*November 24, 2022 10:39:37 PM (UTC+0): ..*

*November 24, 2022 11:48:35 PM (UTC+0): U ok*

These messages indicate that SORRENTO attempted to make contact with "Auntie" (aka Person 1) but received no response. I know that by the date of the first of these messages, November 16, 2022, this person had been arrested by Canadian law enforcement authorities,

13. Further analysis of the image and video files depicting CSAM, showed that four of the files appeared to be visually the same as the files that were sent by SORRENTO to the

---

[1] HSI New England identified outgoing text messages from SORRENTO's phone to Person 1 during the forensic examination of his phone. The Southern Alberta Internet Child Exploitation Unit (SAICE) executed a search warrant for Person 1, which resulted in the seizure of Person 1's cell phone on September 8, 2022. On the same date, Person 1 was charged with criminal violations related to child pornography.

telephone number xxx-xxx-7449 the number associated with Person 1 (AKA "Auntie"), as documented in the search warrant affidavit. These files are listed below:

*File Name: d1c451f4-0907-4ce1-9329-a7bd6dd6e1d4_001_001_001.mp4*

*File Path: \data\user_de\0\com.sec.imsservice\cache*

The video file is 24 seconds in length and depicts a minor female who, based on my training and experience and on the size of the child's body and lack of pubic hair, appears to be approximately 9 to 12 years of age, standing in a shower and undressing. The minor is seen taking her shorts off, and then taking her underwear off. The minor's vagina is briefly visible at the end of the video. The face of the minor female is not visible.

*File Name: 7fc7544a-5982-4ead-879e-7a3c3603cb12.jpg*

*File Path: \data\user_de\0\com.sec.imsservice\cache*

The image file depicts a female that appears to be on her hands and knees. An adult male is seen anally penetrating the female's anus with his erect penis. Simultaneously, the male is seen using his left hand to grab the right butt cheek of the female. The faces of the female and the male are not visible.

*File Name: fd631639-b893-496a-95f8-2592419ca48a.mp4*

*File Path: \data\user_de\0\com.sec.imsservice\cache*

The video file is 18 seconds in length and depicts a minor female who, based on my training and experience and the size of the child's body and lack of pubic hair, appears to be approximately 9 to 12 years of age laying on her back. An adult male is seen penetrating the minor's anus with his erect penis. Throughout the video, the minor is heard screaming in agony. The faces of the minor female and the male are not visible.

*File Name: 19e96429-5b12-46f5-827b-8fd126c45f29.mp4*

*File Path: \data\user_de\0\com.sec.imsservice\cache*

The video file is 11 seconds in length and depicts what appears to be, based on the size of the fingers, an adult hand rubbing the vagina of a minor female. The minor female's vagina does not have any pubic hair and is the focal point of the video. The adult hand is seen spreading open the lips of the child's vagina.

## **CONCLUSION**

14. Based on the foregoing, I respectfully submit there is probable cause to believe that:

a. on or about July 25, 2022, SORRENTO knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1); and

b. on or about December 9, 2022, SORRENTO knowingly possessed material that contained one and more images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor and a minor who had not attained 12 years of age, and that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, and

shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of 18 U.S.C §§ 2252A(a)(5)(B) and (b)(2).

*Casey Hyde /by Paul G. Levenson*
_____
Casey Hyde
Special Agent
Homeland Security Investigations

Sworn telephonically before me in accordance with Fed. Rule Crim. P. 4.1 this 13th day of December, 2022.

_____
HONORABLE PAUL G. LEVENSON
UNITED STATES MAGISTRATE JUDGE